459 A.2d 37

Commonwealth v. Menginie, Appellant.

Submitted April 22, 1982. Stephen H. Serota, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.

WIEAND, J., filed a memorandum dissenting statement.

459 A.2d 37

Commonwealth v. Singleton, Appellant.

Submitted June 7, 1982. Stephen Gary Welz, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and ROWLEY, JJ.

The judgment of sentence of the lower court is affirmed.